UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

In Re:

Matthew Pauley Johnson,

Debtor.

Chapter 7
Case No. 25-30642

**REPORT OF SALE**

The undersigned trustee of the estate of the debtors named above, through the services of Dailey Realty & Auction Service, sold the following property of the bankruptcy estate:

| ASSET | BUYER | AMOUNT |
|---|---|---|
| See Attached "Exhibit A" | See Attached "Exhibit A" | See Attached "Exhibit A" |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Pursuant to the Trustee's Notice of Sale dated July 9, 2026 [Doc. No. 20] to the bidders listed on the attachment for the sum of $525.85. The auctioneer's settlement statement is attached hereto as Exhibit A.

That these were the highest offers the trustee was able to obtain, trustee believes these are fair prices, and that it is in the best interest of the bankruptcy estate to accept said offers.

Dated: September 23, 2026

/e/ Mary Jo A. Jensen-Carter
Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

**DAILEY**
**REALTY & AUCTION SERVICE**
**360 Pierce Avenue Suite 212**
**North Mankato MN 56003 - 507-625-7653**

**September 10, 2026**

# SETTLEMENT REPORT – SPORTS CARD & MEMORABILIA ONLINE AUCTION

**Re: File No. 25-30642** **Matthew Johnson – Sports Cards**

**Online auction ended August 30, 2026** **Removal and payment due Sept 2, 2026**

| | | |
|---|---|---|
| **INCOME:** | | |
| GROSS SALES | $ | 525.85 |
| | | |
| **EXPENSES:** | | |
| Commission @15% of gross sales | $ | 78.87 |
| Pickup fees | $ | N/A |
| **TOTAL EXPENSES** | **$** | **78.87** |
| | | |
| **NET PROCEEDS:** | **$** | **447.05** |

**MATTHEW JOHNSON SPORTS CARDS - BUYER LIST – USBK File #25-30642**
**Page 1**

| Bidder # | Name/Address/Phone | Lots Purchased |
|---|---|---|
| 261360 | Johnson, Andrew<br>7110 Plymouth Ave. N<br>Minneapolis MN 55427<br>612-280-2553 | 33 - MARVEL METAL, POWER RANGERS, MAGIC TRADING CARDS |
| 282452 | Roberts, Steven<br>214 Edgewood Drive So.<br>Glencoe MN 55336<br>612-210-4405 | 1 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO DEL CRANDALL<br>2 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO JAY HOWELL<br>3 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO JOE KERRIGAN<br>7 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO DANYS BAEZ<br>12 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO FRANK HOWARD<br>13 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO BILL ZEPP<br>16 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO DAVE TOBIK<br>17 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO CAL ABRAMS |
| 299327 | Tangen, Nick<br>18218 Echo Dr.<br>Farmington, MN 55024<br>612-695-9089 | 29 - FOOTBALL CARDS IN 9 SLOT SHEET PROTECTORS<br>31 - ULTIMATE SPORTS FAN MIXED BOX - APPROX. 3000 CARDS! |
| 481988 | Hassell, Damon<br>New Ulm Steel<br>218 19th Street South<br>New Ulm MN 56073<br>507-441-1293 / 507-354-2555 | 25 - MIXED BOX, MIXED SPORTS, PARTIAL SETS - OVER 700 CARDS! |
| 492473 | Roiger, David<br>18377 Lafayette Way<br>Lakeville MN 55044<br>651-338-4589 | 8 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO FRANKLIN STUBBS<br>9 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO GINO CIMOLI<br>10 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO CHAD DURBIN<br>11 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO DANNY BREEDEN<br>14 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO CHRIS ROBERSON<br>18 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO GORMAN THOMAS<br>20 - BECKETT AUTHENTICATED 8X10 PHOTO AUTOGRAPHED BY JULIO CRUZ \ |

| Bidder # | Name/Address/Phone | Lots Purchased  |
|---|---|---|
| 495625 | Stulc, Scott<br>6524 Cherokee Lane N.<br>Brooklyn Park MN 55428<br>651-468-1589 | 4 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO LENNY DYKSTRA |
| 536163 | Quien, Mike<br>762 South Phillips<br>Sioux Falls SD 57104<br>605-759-5623 / 605-366-0618 | 26 - SPORTS CARD ALBUMS WITH CARDS<br>27 - SPORTS CARD ALBUMS WITH CARDS<br>28 - SPORTS CARD ALBUM SHEET PROTECTORS WITH CARDS<br>30 - ULTIMATE SPORTS FAN MIXED BOX - APPROX. 2500 CARDS! |
| 541237 | Guentzel, Richard<br>200 Walnut Street<br>Cleveland MN 56017<br>507-340-6206 | 5 - BECKET AUTHENTICATED 8X10 AUTOGRAPHED PHOTO RYAN DUREN<br>6 - BECKETT AUTHENTICATED 8X10 AUTOGRAPHED PHOTO HECTOR LOPEZ<br>15 - BECKETT AUTHENTICATED 8X10 AUTOGRPAHED PHOTO TOM HENRICH<br>19 - BECKETT AUTHENTICATED 8X10 PHOTO AUTOGRAPHED BY RALPH HOUK WITH FELLOW<br>22 - BIG LOT BASEBALL ASSORTED PARTIAL SETS FROM 2021 THROUGH 2025<br>32 - NOTHING BUT BASEBALL - BIG MIXED LOT OVER 3000 CARDS |
| 541840 | Martin, Robert<br>8532 Bowden Way<br>Windermere FL 34787<br>952-380-8131 | 21 - 1988 TOPPS BASEBALL - BOX MARKED "COMPLETE MINT SET" |

**MATTHEW JOHNSON SPORTS CARDS – LOT DETAIL – USBK File #25-30642**

| Lot # | High Bidder | Invoice # | Hammer Price | |
|---|---|---|---|---|
| 1 | 282452 | 1931290 | $6.00 | |
| 2 | 282452 | 1931290 | $7.00 | |
| 3 | 282452 | 1931290 | $7.01 | |
| 4 | 495625 | 1931300 | $7.00 | |
| 5 | 541237 | 1931292 | $12.00 | |
| 6 | 541237 | 1931292 | $13.22 | |
| 7 | 282452 | 1931290 | $7.00 | |
| 8 | 492473 | 1931291 | $6.00 | |
| 9 | 492473 | 1931291 | $11.56 | |
| 10 | 492473 | 1931291 | $6.01 | |
| 11 | 492473 | 1931291 | $6.01 | |
| 12 | 282452 | 1931290 | $5.00 | |
| 13 | 282452 | 1931290 | $5.00 | |
| 14 | 492473 | 1931291 | $6.00 | |
| 15 | 541237 | 1931292 | $16.37 | |
| 16 | 282452 | 1931290 | $5.00 | |
| 17 | 282452 | 1931290 | $5.00 | |
| 18 | 492473 | 1931291 | $9.00 | |
| 19 | 541237 | 1931292 | $18.55 | |
| 20 | 492473 | 1931291 | $11.12 | |
| 21 | 541840 | 1931293 | $6.00 | |
| 22 | 541237 | 1931292 | $105.00 | |
| 23 | -- | -- | $0.00 | Unsold sticker magazines |
| 24 | -- | -- | $0.00 | cereal premiums, souvenirs |
| 25 | 481988 | 1931294 | $50.00 | |
| 26 | 536163 | 1931295 | $11.00 | |
| 27 | 536163 | 1931295 | $11.00 | |
| 28 | 536163 | 1931295 | $10.00 | |
| 29 | 299327 | 1931296 | $52.00 | |
| 30 | 536163 | 1931295 | $11.00 | |
| 31 | 299327 | 1931296 | $24.00 | |
| 32 | 541237 | 1931292 | $51.00 | |
| 33 | 261360 | 1931297 | $25.00 | |